# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08-03062-01-CR-S-DGK |
| MARKEY HADEN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 19) and Motion to Suppress Statements (Doc. 20), the Government's responses (Docs. 27 & 26 respectively), United States Magistrate Judge James C. England's Report and Recommendation (Doc. 34), and Defendant's Objections to the Magistrate's Report and Recommendation (Doc. 37). The Court has also reviewed the transcript from the hearing (Doc. 33).

After carefully reviewing the Magistrate's reports and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge England's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence (Doc. 19) and Motion to Suppress Statements (Doc. 20) are hereby DENIED.

**IT IS SO ORDERED**

Date: March 12, 2008        /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT